698

Court of Appeals for the Ninth Circuit granted. *Solicitor General McGrath* for the United States.

No. 443. PAULY *v.* McCARTHY ET AL., TRUSTEES. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Utah granted. *Calvin W. Rawlings, Parnell Black* and *Harold E. Wallace* for petitioner. *W. Q. Van Cott* and *Dennis McCarthy* for respondents.

No. 106. UNITED STATES *v.* THAYER-WEST POINT HOTEL Co. October 14, 1946. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United States. *Ernest J. Ellenwood* and *John S. Shedden* for respondent.

No. 190. BOZZA *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Harold Simandl* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 265. CARDILLO, DEPUTY COMMISSIONER, *v.* LIBERTY MUTUAL INSURANCE Co. ET AL. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for petitioner.